JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY MATA,<br>Petitioner,<br>v.<br>SEAN MOORE, Warden,<br>Respondent. | Case No. 2:22-cv-08039-MWC-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 28, 2026

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE